UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BARBARA A. BROWN**, | ) | |
| | ) | |
| **Plaintiff,** | ) | No: 17 CV 4395 |
| | ) | |
| vs. | ) | |
| | ) | **JURY DEMAND** |
| **TUTHILL CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AS AND FOR A FIRST CAUSE OF ACTION**
**(DISCRIMINATION UNDER THE AMERICANS WITH DISABILITIES ACT)**

**NATURE OF ACTION**

1. This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1990 and the Illinois Human Rights Act, to correct unlawful employment practices on the basis of disability (handicap) and to make whole **BARBARA A. BROWN** ("BROWN"). Defendant, **TUTHILL CORPORATION,** ("TUTHILL") discriminated against BROWN, a qualified individual with a handicap, because of her disability

**JURISDICTION AND VENUE**

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C.A. & & 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C.A. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C.A. § § 2000e-5 (f)(1) and (3). The employment practices hereafter alleged to be unlawful were and are now being committed in the Northern

District of Illinois, Eastern Division.

## PARTIES

4. BROWN is an adult female with a disability and is a resident of the Hickory Hills, Cook County, State of Illinois.

5. At all times relevant, TUTHILL, has been and is now a foreign corporation doing business in the State of Illinois and other surrounding States, and has continuously had and now have more than five hundred (500) employees.

6. At all times material herein and hereinafter mentioned TUTHILL Corporation has engaged in and employed its employees in commerce and in the production of goods and services for commerce between points in many states. TUTHILL was, and is, and has been, at all times material herein, engaged in commerce within the meaning of the ADA.

7. TUTHILL Corporation is an employer within the meaning of the ADA.

## STATEMENT OF CLAIMS

8. BROWN is an employee of TUTHILL her most recent position was performing the duties of a Machine Operator, since April of 2012.

9. Despite TUTHILL listing itself as an equal employment company and having a policy against discrimination to the disabled, TUTHILL intentionally discriminated against BROWN by subjecting BROWN to different terms and conditions of employment because of her handicap an denying her an accommodation for her condition, thereafter, because of the requests for accommodations was forced to go on a leave of absence from her employment with TUTHILL in June 0f 2016. This discrimination and termination, because of her handicap or disability, violates her rights

under the American Disability Act.

10. BROWN has a disability (handicap) in that she suffers from a physical disorders causing the need for restrictive accommodations, in that she has a record of, or is regarded as having a physical impairment that substantially limits one or more of her major life activities.

11. TUTHILL's acts and omissions to act violate applicable provisions of the American Disability Act.

12. The discriminatory action of TUTHILL as set forth above has caused BROWN to be harmed in that BROWN has suffered in her position, her work environment had become impaired.

13. As a further proximate result of TUTHILL's unlawful and intentional discriminatory actions against BROWN, as alleged above, BROWN has been harmed in that BROWN has suffered lost income, emotional pain, humiliation, mental anguish, loss of enjoyment of life, and emotional distress. As a result of such discrimination and consequent harm, BROWN has suffered such damages in an amount according to proof.

14. BROWN has no adequate remedy at law to secure relief. If this court does not enter an order for TUTHILL to accommodate her, BROWN will be irreparably injured.

15. BROWN filed a discrimination charge against TUTHILL with the Equal Employment Opportunity Commission (Exhibit "A") and thereafter was sent a "Right to Sue letter" on March 8, 2017 (See Exhibit "B"). This charge has been timely filed with the Northern District of Illinois.

## PRAYER FOR RELIEF

WHEREFORE, the BROWN prays that the court order such relief as is necessary to make the plaintiff whole, including:

1. Damages, including loss of pay and benefits;

2. Punitive damages due to the defendant's willful conduct;

3. Attorneys' fees and costs incurred in this action

4. Such other relief as is just and equitable.

5. The plaintiff requests a jury trial of this action.

                              BARBARA A. BROWN

                              BY:**/s/ Michael T. Smith**
                                   Michael T. Smith
                                   Trial Attorney

Michael T. Smith #6180407IL
10 Martingale Road/Suite 400
Schaumburg, Illinois 60173
(847) 466-1099